

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00645-CR

Robert Allen **NEELY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7454
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

    In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

    It is so **ORDERED** on November 25, 2015.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_____
Keith E. Hottle, Clerk